Entered on Docket July 27, 2020

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>ANDREW KRISTOPHER KARAMETOS,<br><br>Debtor. | Case No. 19-12803-CMA |
| ANGELA CAVELERO and MICHAEL CAVELERO,<br><br>Plaintiffs,<br>v.<br><br>ANDREW KRISTOPHER KARAMETOS,<br><br>Defendant. | Adv. Proc. No. 19-01136-CMA<br><br>ORDER ON PLAINTIFFS' MOTION TO DETERMINE STANDING OF MICHAEL CAVELERO |

THIS MATTER came before the Court on the Plaintiffs' Motion to Determine Standing of Michael Cavelero [Docket No. 62] (the "Motion"). The Court considered the Motion, the

ORDER

**Below is the Order of the Court.**

records and files herein, and heard argument of the parties at the July 23, 2020 hearing. For the reasons stated on the record, which are incorporated herein by this reference, pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52, it is hereby ORDERED as follows:

1. Michael Cavelero does not have standing in this matter; and

2. Mr. Cavelero's claims against Debtor-Defendant Andrew Kristopher Karametos are DISMISSED with prejudice.

///END OF ORDER///

ORDER